LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletree.com
NICOLE R. McATEE, CA Bar No. 288700
nicole.mcatee@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213.239.9800
Facsimile:     213.239.9045

Attorneys for Defendants
BETHESDA LUTHERAN COMMUNITIES, INC.;
BETHESDA LUTHERAN COMMUNITIES
AUXILIARY and BETHESDA LUTHERAN
FOUNDATION, INC.

JENNIFER A. CLINGO, CA Bar No. 223831
CLINGO LAW GROUP
7904 Santa Monica Blvd., Suite 100
West Hollywood, CA  90046
Telephone:     (323) 498-5225
Facsimile:     (888) 779-6561
Email:          jennclingo@gmail.com

Attorneys for Plaintiff
LEANDRA CARDENAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRA CARDENAS, an individual,<br><br>              Plaintiff,<br><br>          v.<br><br>BETHESDA LUTHERAN COMMUNITIES, INC., a Wisconsin corporation; BETHESDA LUTHERAN COMMUNITIES AUXILIARY, a California corporation; BETHESDA LUTHERAN FOUNDATION, INC., a Wisconsin corporation; and DOES 1 through 100, Inclusive,<br><br>              Defendants. | Case No. 1:18-cv-01429-LJO-SKO<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO DISMISS DEFENDANT BETHESDA LUTHERAN COMMUNITIES AUXILIARY AND BETHESDA LUTHERAN FOUNDATION, INC.**<br><br>Complaint Filed:  July 18, 2018<br>Trial Date:           None<br>District Judge:     Hon. Lawrence J. O'Neill<br>                          Courtroom 4, Fresno<br>Magistrate Judge: Hon. Sheila K. Oberto<br>                          Courtroom 7, Fresno |

18cv1429.Cardenas
.StipDismissDefend

1                    Case No. 1:18-cv-01429-LJO-SKO
JOINT STIPULATION TO AMEND COMPLAINT TO DISMISS DEFENDANT BETHESDA LUTHERAN
COMMUNITIES AUXILIARY AND BETHESDA LUTHERAN FOUNDATION, INC.

WHEREAS a dispute has arisen among and between Plaintiff Leandra Cardenas ("Plaintiff") and Defendant Bethesda Lutheran Communities, Inc., ("Defendant) as to whether Plaintiff's Complaint should continue to name Bethesda Lutheran Communities Auxiliary and Bethesda Lutheran Foundation, Inc. as defendants; and

WHEREAS Plaintiff and Defendant Bethesda Lutheran Communities, Inc., (together, the "Parties") wish to avoid the time and expense of discovery and litigation over which Defendant was the correct employer of Plaintiff,

IT IS HEREBY STIPULATED BY THE PARTIES:

1.    Plaintiff agrees to voluntarily dismiss Defendants Bethesda Lutheran Communities Auxiliary and Bethesda Lutheran Foundation, Inc. without prejudice from the above-entitled Action ("the Action").

2.    Defendants Bethesda Lutheran Communities Auxiliary (the "Auxiliary") and Bethesda Lutheran Foundation, Inc. (the "Foundation"), through the Declarations of Karen Carter and Jeffrey Kaczmarski, respectively, represent that neither the Auxiliary nor the Foundation employed Plaintiff or had any control over her employment.

3.    Defendant Bethesda Lutheran Communities, Inc. represents that, at all times relevant to the Action, Bethesda Lutheran Communities, Inc. was the sole employer of record for Plaintiff and responsible for all decisions regarding Plaintiff's employment.

4.    Defendant Bethesda Lutheran Communities, Inc. further represents that it is the only proper employer defendant in the Action.

5.    The Parties agree that, subject to the approval of the Court, Plaintiff's Complaint shall be deemed modified and amended to dismiss Bethesda Lutheran Communities Auxiliary and Bethesda Lutheran Foundation, Inc.

IT IS SO STIPULATED.

DATED: November 6, 2018                    OGLETREE, DEAKINS, NASH, SMOAK &
                                           STEWART, P.C.


                                           By: /s/ Nicole R. McAtee
                                               Linda Claxton
                                               Nicole R. McAtee

                                           Attorneys for Defendants
                                           BETHESDA LUTHERAN COMMUNITIES,
                                           INC.; BETHESDA LUTHERAN
                                           COMMUNITIES AUXILIARY and BETHESDA
                                           LUTHERAN FOUNDATION, INC.

DATED: November 6, 2018                    CLINGO LAW GROUP


                                           By: /s/ Jennifer A. Clingo
                                               Jennifer A. Clingo

                                           Attorneys for Plaintiff
                                           LEANDRA CARDENAS

**[ORDER**

       Having read and considered the parties' Joint Stipulation to Amend Plaintiff's Complaint to Dismiss Defendant Defendants Bethesda Lutheran Communities Auxiliary and Bethesda Lutheran Foundation, Inc., and for good cause appearing, the Court makes the following order:

       Defendants Bethesda Lutheran Communities Auxiliary and Bethesda Lutheran Foundation, Inc. are hereby dismissed without prejudice from the above-entitled action.

IT IS SO ORDERED.

Dated:   __November 9, 2018__       _____**/s/ Lawrence J. O'Neill**_____
                                      UNITED STATES CHIEF DISTRICT JUDGE

4

Case No. 1:18-cv-01429-LJO-SKO

JOINT STIPULATION TO AMEND COMPLAINT TO DISMISS DEFENDANT BETHESDA LUTHERAN
COMMUNITIES AUXILIARY AND BETHESDA LUTHERAN FOUNDATION, INC.

18cv1429.Cardenas
.StinDismissDefend