# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEANDRA CARDENAS**, an individual | Case No. 1:18-cv-01429-LJO-SKO |
| Plaintiff, | **ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST** |
| vs. | (Doc. 21) |
| **BETHESDA LUTHERAN COMMUNITIES, INC.**, a Wisconsin Corporation | |
| Defendant. | |
| _____/ | |

## ORDER

On September 13, 2019, the parties filed a "Joint Stipulation to Continue Discovery Deadlines" (the "First Stipulation") seeking a modification of the scheduling order to enlarge all deadlines, except the pretrial conference and trial dates, by approximately 60 days. (Doc. 19.) The parties stated they were unable to complete depositions by the October 1, 2019 non-expert discovery deadline and were "scheduling the remaining depositions for early October." (*Id.* at 2.) The Court denied the First Stipulation without prejudice, as the parties' failure to complete depositions by the deadline set forth in the scheduling order, without further explanation, did not show good cause to enlarge the remaining deadlines, and because the parties' proposed dates did not allow the Court adequate time to rule on dispositive motions prior to the pretrial conference. (Doc. 20.)

On September 30, 2019, the parties filed a renewed stipulation (the "Second Stipulation") including more details regarding their failure to complete depositions by the October 1, 2019 non-

expert discovery deadline, and requesting that all dates, including the pretrial conference and trial dates, be extended. (Doc. 21.) In the Second Stipulation, the parties represent that they have scheduled Plaintiff's deposition for October 18, 2019, and are in the process of scheduling a deposition for another witness in October, and explain that they are unable to disclose experts until after they complete the depositions. (*Id.* at 2–3.)

The parties request that the Court modify the scheduling order dates as follows:

| Event | Current date | Proposed Date or Deadline |
|---|---|---|
| Non-Expert Discovery Cut-off | October 1, 2019 | December 2, 2019 |
| Expert Disclosures Deadline | October 1, 2019 | December 2, 2019 |
| Rebuttal Expert Disclosures Deadline | October 18, 2019 | December 18, 2019 |
| Expert Discovery Cut-off | November 1, 2019 | January 10, 2020 |
| Non-Dispositive Motions filing deadline | November 15, 2019 | January 15, 2020 |
| Non-Dispositive Motions hearing deadline | December 18, 2019 | February 18, 2020 |
| Dispositive Motion filing deadline | November 15, 2019 | January 15, 2020 |
| Dispositive Motion hearing deadline | January 8, 2020 | March 11, 2020 |
| Settlement Conference | October 24, 2019 | No continuance requested |
| Pre-Trial Conference | March 4, 2020 | April 1, 2020 or as soon thereafter as permitted by the Court |
| Trial | April 28, 2020 | May 5, 2020 or as soon thereafter as permitted by the Court |

Based on the parties' representations in the Second Stipulation, the Court finds good cause to extend the non-expert discovery deadline to October 18, 2019, to allow the parties time to complete their depositions and any additional discovery, and to extend the expert disclosures,

rebuttal expert disclosures, and expert discovery deadlines accordingly. The parties failed to show good cause to extend the remaining deadlines, however, and those deadlines will not be extended.

Accordingly, IT IS HEREBY ORDERED that:

The non-expert discovery deadline is EXTENDED to October 18, 2019, the expert disclosures deadline is EXTENDED to October 25, 2019, the rebuttal expert disclosures deadline is EXTENDED to November 1, 2019, and the expert discovery deadline is EXTENDED to November 8, 2019. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **September 30, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE