UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRA CARDENAS,<br><br>    Plaintiff,<br><br>  v.<br><br>BETHESDA LUTHERAN COMMUNITIES, INC.,<br><br>    Defendant. | No. 1:18-cv-01429-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 30) |

On December 18, 2019, the parties filed a joint stipulation dismissing the action with prejudice.[1] (Doc. 30.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 19, 2019**      /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also requested that the Court "shall have continuing jurisdiction to interpret and enforce the provisions of the settlement and release agreement executed by the Parties." (*See* Doc. 30 at 2.) The Court in its discretion declines the parties' request. *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381 (1994); *Camacho v. City of San Luis*, 359 F. App'x 794, 798 (9th Cir. 2009); *California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.*, No. 2:14-cv-02328-KJM-AC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement.").